IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jennings, Don | Case Number:  08 B 12188 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/30/08 | Filed:  5/13/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Financial Illinois Inc | Secured | 0.00 | 0.00 |
| 3. | Monterey Collection Service | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | Chase Bank USA NA | Secured | 0.00 | 0.00 |
| 6. | American General Finance | Secured | 2,876.24 | 0.00 |
| 7. | Litton Loan Servicing | Secured | 36,000.00 | 0.00 |
| 8. | Wilshire Credit Corp | Secured | 3,000.00 | 0.00 |
| 9. | American General Finance | Unsecured | 2.50 | 0.00 |
| 10. | Monterey Collection Service | Unsecured | 289.70 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 44.05 | 0.00 |
| 12. | Meadows Credit Union | Unsecured | 544.27 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 73.30 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 98.02 | 0.00 |
| 15. | Chase Bank USA NA | Unsecured | 175.76 | 0.00 |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | 68.00 | 0.00 |
| 17. | American Express | Unsecured | 476.19 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 31.39 | 0.00 |
| 19. | Cook County Treasurer | Priority | | No Claim Filed |
| 20. | Cache Inc | Unsecured | | No Claim Filed |
| 21. | American General Finance | Unsecured | | No Claim Filed |
| 22. | Highlands Credit Corporation | Unsecured | | No Claim Filed |
| 23. | GMAC Auto Financing | Unsecured | | No Claim Filed |
| 24. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 25. | Nicor Gas | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Jennings, Don | Case Number: 08 B 12188 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 9/30/08 | Filed: 5/13/08 |

| | | | | |
|---|---|---|---|---|
| 26. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 27. | CitiFinancial | Unsecured | | No Claim Filed |
| 28. | Archer Heights Credit Union | Unsecured | | No Claim Filed |
| 29. | WFNNB/Harlem Furniture | Unsecured | | No Claim Filed |

$ 43,679.42          $ 0.00

TRUSTEE FEE DETAIL

Fee Rate        Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_